UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE JAKUBOWSKI,<br><br>    Plaintiff,<br><br>  vs.<br><br>MOSAIC MERCANTILE, INC., et al.,<br><br>    Defendants. | Case No.: 4:13-mc-80102-YGR<br><br>**ORDER OF REFERRAL OF DEBTOR'S EXAMINATION TO MAGISTRATE JUDGE** |

Plaintiff has requested a debtor's examination of Ned B. Kisner, as officer and owner of Triangle Coatings, Inc. Pursuant to Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge to conduct the debtor's examination.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  MagRef Email; Assigned M/J