| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number and Address): | FOR COURT USE ONLY |
|---|---|
| DENIS KLAVDIANOS Bar #: 225925<br>GLASSBERG, POLLAK & ASSOCIATES<br>425 California St., Ste. 850<br>San Francisco, CA 94104<br>File #: 131328<br>TELEPHONE NO.: 415/291-8320   FAX NO.: 415-291-8111<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>MAY 28 2013<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

| NAME OF COURT: | U.S. District Court, Northern District of California |
|---|---|
| STREET ADDRESS: | 1301 Clay Street |
| MAILING ADDRESS: | 1301 Clay Street |
| CITY AND ZIP CODE: | Oakland, CA 94612-5212 |
| BRANCH NAME: | Oakland Office |
| PLAINTIFF: | YVONNE JAKUBOWSKI, etc. |
| DEFENDANT: | MOSAIC MERCANTILE, etc., et al. |

RECEIVED MAY 17 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>[ X ] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[ X ] Judgment Debtor    [ ] Third Person | CASE NUMBER:<br>CV-13-80102-MISC YGR |
|---|---|

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): **NED B. KISNER, as officer and owner of TRIANGLE COATINGS, INC.**
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ X ] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: September 17, 2013    Time: 2:00 PM    Dept. or Div.: ~~Ctrm 5, 2nd Flr~~    Rm.:
Address of court [ X ] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person name):

Date: 5/28/13                           /s/ Sandra [signature]
                                        JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.

## IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [ X ] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): **NED B. KISNER, as officer and owner of TRIANGLE COATINGS, INC.** to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ X ] the judgment debtor
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: May 15, 2013

DENIS KLAVDIANOS                              ▶      [signature]
(TYPE OR PRINT NAME)                                  (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |
|---|---|---|